**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1225 Clifton ST DE LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2306957** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1225 Clifton Street NW Suite A Washington, DC 20011** Number, Street, City, State & ZIP Code | **627 Princeton Place NW Washington, DC 20010** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **District of Columb** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

| Debtor | **1225 Clifton ST DE LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **1225 Clifton ST DE LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    **1225 Clifton ST DE LLC**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **1225 Clifton ST DE LLC**                                          Case number (if known) _____
          Name

██ **Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 21, 2022**
               MM / DD / YYYY

X **/s/ Azam Mirza**                                    **Azam Mirza**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Anitra Ash-Shakoor, Esquire**                    Date   **July 21, 2022**
Signature of attorney for debtor                                 MM / DD / YYYY

**Anitra Ash-Shakoor, Esquire 1008693**
Printed name

**Capital Justice Attorneys, LLP**
Firm name

**1325 G Street NW**
**Suite 500**
**Washington, DC 20005**
Number, Street, City, State & ZIP Code

Contact phone    **(202) 465-0888**    Email address    **a.ashshakoor@capitaljustice.com**

**1008693 DC**
Bar number and State

Anitra Ash-Shakoor, Esquire
Capital Justice Attorneys, LLP
1325 G Street NW, Suite 500
Washington, DC 20005
(202) 465-0888 / Fax (202) 827-0089
a.ashshakoor@capitaljustice.com
*Counsel for Debtor*

<div align="center">

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

</div>

| | |
|---|---|
| In re:<br><br>1225 Clifton ST DE LLC,<br><br><div align="center">Debtor(s).</div> | Case No.<br><br>Chapter 11 |

<div align="center">

**RESOLUTION OF 1225 CLIFTON ST DE LLC**

</div>

**RESOLVED** that Azam Mirza, Managing Member of 1225 Clifton ST DE LLC, (the "Company"), it is desirable and in the best interests of the Company, its creditors, members, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Bankruptcy Code"); and it is further;

**RESOLVED** that Azam Mirza, the signer is authorized to execute documents on behalf of the Company ("Signer"), hereby is authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Columbia in such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and it is further;

**RESOLVED** that the signer is authorized and directed, in the name of the Company to seek such orders from the Bankruptcy Court, including but not limited to, orders regarding the operations and financing of the businesses of the Company and to execute and file (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to employ and retain all assistance by legal counsel, accountants, financial advisors or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case, with a view to the successful prosecution of such cases, and it is further;

**RESOLVED** that Capital Justice Attorneys, LLP and Anitra Ash-Shakoor, Esq., is approved by the signer, and hereby is employed under a general retainer as attorney for the Company in the Chapter 11 case; and it is further;

**RESOLVED** that all acts lawfully done or actions lawfully taken by the signer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further;

**RESOLVED** that the Signer hereby is authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the forgoing resolutions.

July 21, 2022

_____

Azam Mirza, Managing Member
1225 Clifton ST DE LLC

**Fill in this information to identify the case:**

Debtor name    **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■ Schedule H: Codebtors (Official Form 206H)

■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule

■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 21, 2022**          X **/s/ Azam Mirza**
                                          Signature of individual signing on behalf of debtor

                                          **Azam Mirza**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **1225 Clifton ST DE LLC** | |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

**Fill in this information to identify the case:**

Debtor name     **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:     DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $    **8,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $    **50.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $    **8,000,050.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $    **6,270,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **0.00**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b      $    **6,270,000.00**

**Fill in this information to identify the case:**

Debtor name    **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Business Checking** | | $25.00 |
| 3.2. | **TD Bank** | **Business Savings** | | $25.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$50.00**

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

Debtor    **1225 Clifton ST DE LLC**    Case number *(If known)* _____
_____
Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1225 Clifton Street NW** | **Fee simple** | **$0.00** | **Expert** | **$8,000,000.00** |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$8,000,000.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

---

Debtor    __1225 Clifton ST DE LLC_____    Case number *(If known)* _____
      Name

    ■ No
    ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **1225 Clifton ST DE LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................................................................> | | **$8,000,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$50.00** + 91b. | **$8,000,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$8,000,050.00** |

**Fill in this information to identify the case:**

Debtor name   **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   IOF III Trust 1B**<br>Creditor's Name<br><br>**C/o Frederick L. Klein**<br>**DLA Piper LLP**<br>**500 Eighth Street NW**<br>**Washington, DC 20004**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/10/2021**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**1225 Clifton Street NW**<br><br><br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$6,270,000.00** | **$8,000,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$6,270,000.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset?  ☐ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name    **1225 Clifton ST DE LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1    **Azam Mirza** | **627 Princeton Place NW Washington, DC 20010** | **IOF III Trust 1B** | ☑ D    2.1_____ ☐ E/F _____ ☐ G _____ |

## United States Bankruptcy Court
### District of District of Columbia

In re   **1225 Clifton ST DE LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Azam Mirza**<br>**627 Princeton Place NW**<br>**Washington, DC 20010** | **Equity** | **100%** | **Common** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 21, 2022**

Signature   **/s/ Azam Mirza**
            **Azam Mirza**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re                                                                    )
**1225 Clifton ST DE LLC**                                               )        Case No.
_____                        )
                                                                         )        Chapter **11**
                                        Debtor(s).                       )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **Flat Fee**

     For legal services, I have agreed to accept ........................................        $   _____

     Prior to the filing of this statement I have received ...................................   $   _____

     Balance Due ....................................................................            $   _____

■   **Hourly Fee**

     For legal services, I have agreed to accept and received a retainer of ...............      $          **11,000.00**

     The undersigned shall bill against the retainer at an hourly rate of ..................     $            **360.00**
     [Or attach firm hourly rate schedule.] as such rate may change over time based on
     periodic increases.
     Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being
     approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and
     expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental
     Rule 2016(b) statement.

☐   ***Pro Bono* Representation**

 I have agreed to provide services without compensation

                    ************************************************************************

                    The debtor ☐   has      ■    has not agreed to reimburse expenses.

2.   The source of the compensation paid to me was:

          ☐ Debtor      ■   Other (specify):      **Azam Mirza,**
                                                  **Managing Member**

3.   The source of compensation to be paid to me is:

          ☐ Debtor      ■   Other (specify):      **Azam Mirza,**
                                                  **Managing Member**

3.   With respect to the compensation described herein:

■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

**a) Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code.**
**b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.**
**c) Representation of the debtor at the initial debtor interview and meeting of creditors.**
**d) Counseling the Debtor in connection with the formulation, negotiation and promulgation of plans of reorganization and related documents.**
**e) Advising the Debtor concerning, and assisting in the negotiation and documentation of financing agreements, debt restructurings and related transactions.**
**f) Reviewing the validity of liens asserted against the property of the Debtor and advising the Debtor concerning the enforceability of such liens.**
**g) Preparing on behalf of the Debtor all necessary and appropriate applications, motions, pleadings, draft orders, notices, and other documents, and reviewing all financial and other reports to be filed in this Chapter 11 case;**
**h) Performing all other legal services that the Law Firm is qualified to handle for or on behalf of the Debtor that may be necessary or desirable in this Chapter 11case and the Debtor's business.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **N/a**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 21, 2022** | **/s/ Anitra Ash-Shakoor, Esquire** |
| *Date* | **Anitra Ash-Shakoor, Esquire 1008693** |
| | *Signature of Attorney* |
| | **Capital Justice Attorneys, LLP** |
| | **1325 G Street NW** |
| | **Suite 500** |
| | **Washington, DC 20005** |
| | **(202) 465-0888   Fax: (202) 827-0089** |
| | **a.ashshakoor@capitaljustice.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of District of Columbia**

In re   __1225 Clifton ST DE LLC_____   Case No. _____
                                                    Debtor(s)       Chapter    __11__   _____

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of __1__ pages and a total of __2__ entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on
  Schedules D, E, and F, the Schedules of Creditors Holding
  Claims, in this case),

- each of the parties required to be listed on Schedule G -
  Executory Contracts and Unexpired Leases, that is, the parties
  other than myself, to any unexpired lease of real or personal
  property to which I am a party;

•                          each entity required to be listed on Schedule H - Codebtors (any

                                         entity, other than my spouse in a joint case, that is also liable on

                                         any debts owed to any of my listed creditors, including all

                                         guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:    July 21, 2022                         /s/ Azam Mirza
                                            Azam Mirza/Managing Member
                                            Signer/Title

```
Azam Mirza
627 Princeton Place NW
Washington, DC 20010


IOF III Trust 1B
C/o Frederick L. Klein
DLA Piper LLP
500 Eighth Street NW
Washington, DC 20004
```

## United States Bankruptcy Court
### District of District of Columbia

In re __1225 Clifton ST DE LLC__                              Case No. _____
                                      Debtor(s)               Chapter    __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __1225 Clifton ST DE LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 21, 2022__                          __/s/ Anitra Ash-Shakoor, Esquire__
Date                                        __Anitra Ash-Shakoor, Esquire 1008693__
                                            Signature of Attorney or Litigant
                                            Counsel for   __1225 Clifton ST DE LLC__
                                            **Capital Justice Attorneys, LLP**
                                            **1325 G Street NW**
                                            **Suite 500**
                                            **Washington, DC 20005**
                                            **(202) 465-0888 Fax:(202) 827-0089**
                                            **a.ashshakoor@capitaljustice.com**