Anitra Ash-Shakoor, Esquire #1008693
Capital Justice Attorneys, LLP
1325 G Street NW, Suite 500
Washington, DC 20005
Telephone: 202-465-0888/Fax 202-827-0089
a.ashshakoor@capitaljustice.com
*Attorney for Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE : | |
| : | Case No. 22-00126-ELG |
| 1225 Clifton ST DE LLC, : | |
| : | Chapter 11 |
| : | |
| Debtor-in-Possession. : | |

### DEBTOR-IN-POSSESSION'S MOTION TO CONVERT THIS CASE TO
### A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 1112(a)

1225 Clifton ST DE LLC, Debtor-in-Possession ("Debtor"), by its attorney, Anitra Ash-Shakoor, hereby moves this Court pursuant to Section 1112(a) of the Bankruptcy Code and Rule 1017(f)(2) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") for entry of an order converting this case to a case under Chapter 7 of the Bankruptcy Code. In support of this Motion, the Debtor respectfully represents the following:

### JURISDICTION

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334(b) and 157. This is a core proceeding under 28 U.S.C. Section 157(b)(2)[(A) and (O)]. Debtor consents to entry of a final judgment by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. The statutory and legal predicates for the relief requested herein are 11 U.S.C. Sections 1112(a) and Bankruptcy Rule 1017(f)(2).

3. Venue is proper before this Court pursuant to 28 U.S.C. Section 1409.

## FACTUAL BACKGROUND

4. On July 21, 2022 ("Petition Date"), Debtor commenced a voluntary case under Chapter 11 of the Bankruptcy Code by filing a petition in this Court.

5. Information regarding the Debtor's history and business operations, capital structure, and secured indebtedness, and the events leading up to the commencement of this Chapter 11 case can be found in the Debtor's First Day Declaration, filed with the Court on the Petition Date, as well as the filed Schedules.

6. The Debtor continues in possession of its property and manages its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

7. This case was not originally commenced as an involuntary Chapter 11 case.

8. This case was not converted to a Chapter 11 case.

9. Debtor has not acted in bad faith.

10. The Debtor has determined that there exists no reasonable likelihood of a reorganization because after the Debtor filed its petition for bankruptcy relief in this court, the Debtor's lienholder, IOF III Trust 1B, sued the Debtor's sole owner and managing member, Azam Mirza, as personal guarantor on the Debtor's note. Mr. Azam is incapable of maintaining his unrelated full-time employment, managing his business as a debtor-in-possession in this matter using both business proceeds and his own personal funds, marketing and selling the real estate under Section 363 with the proceeds distributed under a plan with a sale process, *and* financing and defending the separate lawsuit filed against him by the Debtor's secured creditor in

state court. Debtor believes that conversion is in the best interest of the creditors in this matter and that a Chapter 7 trustee would administer this estate going forward in an unbiased and cost-effective manner.

## RELIEF REQUESTED AND THE BASIS THEREFOR

11. By this Motion, the Debtor seeks entry of an order, pursuant to 11 U.S.C. Section 1112(a), converting this case to a Chapter 7 case.

12. Conversion is in the best interests of the Debtor's creditors and the estate.

13. Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

14. A proposed form of order granting the relief requested in this Motion is attached hereto as Proposed Order.

## CONCLUSION

**WHEREFORE**, for the reasons set forth herein, Debtor respectfully requests that this Court enter an order, substantially in the form attached hereto, converting this case to a case under Chapter 7 of the Bankruptcy Code and granting such other and further relief as is just and proper.

Dated: August 21, 2022

/s/Anitra Ash-Shakoor_____
Anitra Ash-Shakoor, #1008693
Capital Justice Attorneys, LLP
1325 G Street NW, Suite 500
Washington, DC 20005
Telephone: 202-465-0888
Facsimile: 202-827-0089
Email: a.ashshakoor@capitaljustice.com

*Attorney for Debtor*